IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$14,200.00 IN UNITED STATES CURRENCY,

       Defendant.
_____

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***
_____

The United States of America ("United States"), by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Elizabeth Young, pursuant to Supplemental Rules for Admiralty, Maritime and Asset Forfeiture Claims G(2), states:

<u>JURISDICTION AND VENUE</u>

1.     The United States has commenced this action pursuant to the civil forfeiture provisions of 21 U.S.C. § 881, seeking forfeiture of defendant property based upon violations of 21 U.S.C. § 801, *et seq*. This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

2.     Venue is proper under 28 U.S.C. § 1395 as the defendant property is located in the District of Colorado.

<u>DEFENDANT PROPERTY</u>

3.     Defendant property is more fully described as $14,200.00 in United States currency ("defendant $14,200.00 in U.S. currency"), which was seized on July 5, 2019

1

at the United States Postal Inspectors Office located at 1745 Stout Street, Denver, Colorado.   Defendant $14,200.00 in U.S. currency is currently being held by the United States Postal Inspection Service, National Headquarters, Asset Forfeiture Unit Holding Account.

<u>FACTUAL BASIS FOR FORFEITURE</u>

Except as otherwise noted, all of the following facts and information have been discovered through my own investigation and observations, and the observations and investigations of fellow law enforcement officers as reported to me.

**The Parcel Containing Defendant $14,200.00 in U.S. Currency**

4.      On July 2, 2019, Postal Inspectors conducting parcel examinations at the United States Postal Service's Denver Processing and Distribution Center became aware of a suspicious parcel.   The parcel was a United States Postal Service ("USPS") Priority Express Mail parcel bearing tracking number EE4398083389US (the "Parcel") postmarked on July 1, 2019.   The Parcel was addressed to "Jorge Roque, 6895 Larsha Drive, Denver, Colorado 80221" with a return address of "Dan Garcia, 986 Payne Avenue, St. Paul, Minnesota 55106."   The Parcel weighed approximately seven pounds and seven ounces.   The postage due was $115.25 and was paid with cash. The Parcel had a hand written label.   In addition, the sender mailed the Parcel from a zip code different from the return address listed on the mailing label.

5.      On July 2, 2019, Postal Inspectors had the Parcel examined by the Denver Police Department's narcotics detection canine and the canine alerted to the presence of illegal narcotics.

6.      On July 3, 2019, Luis Roque arrived at the United States Post Office

located on North Pecos Street and inquired about the Parcel but was given no information about the Parcel.   Postal Inspectors later contacted Luis Roque by telephone.   Luis Roque told Postal Inspectors that the Parcel was addressed to an unknown friend of his father's at 6895 Larsh Drive, Westminster, Colorado.   Luis Roque said the Parcel had been mailed two days prior, but did not know the return address, and said the Parcel contained two pairs of shoes for his nephew.

7.     On July 5, 2019, Postal Inspectors executed a federal search warrant on the Parcel and it was found to contain two shoe boxes, each containing a pair of men's shoes.   Inside each of the shoes was a heat-sealed vacuum bag that contained a portion of defendant $14,200.00 in U.S. currency.   There were no notes, letters, or other correspondence found inside the Parcel.

8.     On the same day, Postal Inspectors again spoke to Luis Roque by telephone.   Luis Roque said that the Parcel had been mailed from Minnesota, but again could not tell them the exact return address.   Postal Inspectors also received a call from Jorge Roque, who said he was inquiring about the Parcel.   Jorge Roque provided the correct tracking number, but did not know the return address.   Jorge Roque knew only that the Parcel had been sent from Minnesota and that it contained shoes.

9.     Postal Inspectors later learned that on July 3, 2019, Dan Garcia contacted the USPS to inquire about the Parcel.   Dan Garcia stated that he was calling for his uncle who was the sender of the Parcel.   Notably, Dan Garcia was the name listed as the sender of the Parcel.   Further, the return address of 986 Payne Avenue, St. Paul Minnesota, is not a real address.

**The June 25, 2019 Parcel**

10.     Further investigation revealed that on June 25, 2019 (six days before the Parcel was mailed) another USPS Priority Mail parcel was mailed from 986 Payne Avenue, Saint Paul, Minnesota and delivered to 6895 Larsh Drive, Denver, Colorado on June 26, 2019. This parcel weighed approximately eight pounds and seven ounces.

**Jorge Roque Telephone Calls**

11.     Pursuant to warrants, law enforcement officers intercepted certain telephone calls in December 2019 between Jorge Roque and others.

12.     On December 9, 2019, Jorge Roque spoke to an individual identified as Gonzalez regarding a paper that Jorge Roque sent to Gonzalez. Gonzalez said that he thought Jorge Roque sent the paper to him to see what name Gonzalez had "put on there." Gonzalez explained that the paper said that the money had been flagged. The parties ended the call so that Gonzalez could read the paper and call Jorge Roque back to further discuss it.

13.     A few minutes later, Gonzalez called Jorge Roque back to discuss the paper. During the conversation Roque mentioned that the paper related to the $14,200 they wanted to recover. According to Gonzalez, the paper Jorge Rogue sent him required Roque to provide an ID number if he wanted to inquire about the money. Gonzalez said he didn't want Jorge Roque to get in trouble and thought maybe Jorge Roque should consult a lawyer. On this telephone call they also discussed the amount of money. They both thought it was supposed to be $15,000 and were wondering if the money has been miscounted since the paper only mentioned $14,200.

14.     On December 14, 2019, Jorge Roque spoke to an individual identified as

Adrian about a letter Roque received related to some money that he lost in the mail, specifically $14,200 that was "seized." Jorge Roque and Adrian discussed money that was supposed to be inside sneakers in a shoe box. Jorge Roque asked Adrian if law enforcement "would look deep into it." Adrian said that he did not think so, but that Roque would need to come up with an "alibi."

15.    Adrian and Roque discussed Roque giving the story that he had sold someone a car as an explanation for the money. Jorge Roque described the letter he received regarding the package and noted that it provided a case number. Roque stated that it seemed like there was a "case." Adrian agreed but suggested that it wasn't that much money and that Jorge Roque would get the money back as long as he had a good story. Adrian suggested Roque go with the story of having sold a car to his friend named Gonzalez. Roque responded that the problem was that he didn't even remember whose name the package was under.

**Jorge Roque Criminal Charges**

16.    On January 23, 2020, Jorge Roque was charged in Arapahoe County, Colorado, with unlawful distribution, manufacturing, dispensing, or sale of more than 225 grams of a controlled substance and possession of a deadly weapon during the course of committing a felony offense.

**Conclusion**

17.    Based on the facts and circumstances described above, evidence shows that defendant $14,200.00 in U.S. currency is forfeitable as proceeds traceable to an exchange of a controlled substance.

## VERIFICATION OF JOEL ZWICK
## POSTAL INSPECTOR, UNITED STATES POSTAL INSPECTION SERVICE

I, Postal Inspector Joel Zwick, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained herein are true.

Joel Zwick
United States Postal Inspector

STATE OF COLORADO        )
                         ) ss
COUNTY OF Denver         )

SHERI J GIDAN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104001014
MY COMMISSION EXPIRES MARCH 24, 2022

The foregoing was acknowledged before me this 25th day of February 2020 by Joel Zwick, Postal Inspector, United States Postal Inspection Service.

Notary Public - Colorado
My Commission Expires: March 24, 2022

<u>FIRST CLAIM FOR RELIEF</u>

18.     The Plaintiff repeats and incorporates by reference the paragraphs above.

19.     By the foregoing and other acts, defendant $14,200.00 in U.S. currency constitutes money furnished or intended to be furnished by any person in exchange for a controlled substance, proceeds traceable to an exchange of a controlled substance, and money used or intended to be used to facilitate a violation of 21 U.S.C. § 801, *et seq.* Therefore, defendant $14,200.00 in U.S. currency is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States prays for entry of a final order of forfeiture for the defendant property in favor of the United States, that the United States be authorized to dispose of the defendant property in accordance with law, and that the Court enter a finding of probable cause for the seizure of the defendant property and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 26th day of February 2020.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By: *s/ Elizabeth Young*
    Elizabeth Young
    Assistant United States Attorney
    1801 California Street, Ste. 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Fax: (303) 454-0402
    E-mail: Elizabeth.Young2@usdoj.gov
    *Attorney for Plaintiff*